UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PAMELA DELVER,

        Plaintiff

      v.                C-1-06-266

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate (doc. no. 30) granting plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act ("EAJA") (doc. no. 27) and upon the Supplemental Report and Recommendation (doc. no. 31). There are no objections to the Report and Recommendation (doc. no. 30) nor to the Supplemental Report and Recommendation (doc. no. 31).

Upon a *de novo* review of the record, the Court finds that the Magistrate Judge has accurately set forth the controlling principles of law and properly applied them to the particular facts of this case and agrees with the recommendation of the Magistrate Judge.

**Accordingly, the Court hereby ADOPTS AND INCORPORATES HEREIN BY REFERENCE the Report and Recommendation of the United States Magistrate Judge (doc. no. 30) and the Supplemental Report and Recommendation (doc. no. 31). Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act (doc. no. 27) is GRANTED. Pursuant to the Supplemental Report and Recommendation filed by the Magistrate Judge, the defendant shall pay plaintiff the amount of $3,437.50 in attorney fees, less any monies determined to be owed to the United States, which will satisfy all of plaintiff's claims for fees, costs and expenses under the EAJA, 28 U.S.C. § 2412.**

**IT IS SO ORDERED.**

                                                **s/Herman J. Weber**
                                          **Herman J. Weber, Senior Judge**
                                          **United States District Court**